IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **DONNA MEEK,** *Plaintiff,* | § § § § | |
| v. | § § | Civil Action No. 1:23-CV-00202 |
| **STATE FARM LLOYDS,** *Defendant.* | § § § | JURY |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

1. Plaintiff is Donna Meek; Defendant is State Farm Lloyds.

2. Plaintiff sued Defendant for underpayment of insurance benefits, breach of contract, for violations of Texas Insurance Code Chapters 541 and 542, violations of the Texas DTPA, misrepresentation, and for breach of the common law duty of good faith and fair dealing.

3. Defendant served an unconditional offer of settlement, attached as Exhibit A on Plaintiff, on December 1, 2023, which is more than 14 days before the date for trial.

4. As authorized by Federal Rule of Civil Procedure 68 and within 14 days after being served, Plaintiff accepts Defendant's offer of judgment and asks that the clerk enter judgment in accordance with the offer.

Respectfully Submitted,

By: */s/ Ronald L. Hornback*
Ronald L. Hornback
State Bar No. 24059257
Southern District of Texas Bar No. 962017
Ronald@MonsonFirm.com

THE MONSON LAW FIRM, LLC
900 Rockmead Drive, Suite 141
Kingwood, Texas 77339
Telephone: (281) 612-1920

        Facsimile: (281) 612-1971

        ATTORNEY-IN-CHARGE FOR PLAINTIFF,
        DONNA MEEK

## **CERTIFICATE OF SERVICE**

   I certify that on this 14th day of December, 2023, a true and correct copy of the foregoing was served on all counsel of record, including those indicated below, via any proper method of service allowed by the Federal Rules of Civil Procedure or via any method of service agreed to by the parties:

M. Micah Kessler
Nistico, Crouch & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, TX 77027
Facsimile: 713/781-7222

        */s/ Ronald L. Hornback*
        Ronald L. Hornback