IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DONNA MEEK,<br><br>　　*Plaintiff,*<br><br>VS.<br><br>STATE FARM LLOYDS,<br><br>　　*Defendant.* | § § § § § § § § § § § CIVIL ACTION NO. 1:23-CV-00202<br>JUDGE MICHAEL J. TRUNCALE |

## FINAL JUDGMENT

On December 1, 2023, Defendant State Farm Lloyds served an Offer of Judgment on Plaintiff Donna Meek, in the amount of $25,000.00, inclusive of all costs now accrued and attorneys' fees. (Dkt. 11-1). This offer provided Plaintiff with fourteen (14) days to accept the offer as a complete and final judgment against Defendant State Farm Lloyds, as to all claims against Defendant. On December 14, 2023, Plaintiff accepted Defendant's Offer of Judgment by filing the offer and notice of acceptance, plus proof of service. (Dkt. 11).

It is therefore **ORDERED** that Plaintiff Donna Meek shall recover from Defendant State Farm Lloyds $25,000 for her claims against Defendant in this matter. This amount of $25,000.00 is inclusive of all costs now accrued and attorneys' fees.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

This is a Final Judgment, which disposes of all claims and causes of action in this matter.

**SIGNED this 15th day of December, 2023.**

*[Signature: Michael J. Truncale]*
Michael J. Truncale
United States District Judge